■ MARY FARRELL, as Parent and Natural Guardian of JENNIFER FARRELL, an Infant, Respondent, v NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant. (Appeal No. 1.)— Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Judgment of Supreme Court, Onondaga County, Hurlbutt, J.— Declaratory Judgment.) Present—Callahan, J. P., Denman, Balio, Lawton and Lowery, JJ.

■ KENNETH E. HOOGS, Appellant, v DONALD A. ROBINSON, Respondent.—Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Judgment of Supreme Court, Onondaga County, Stone, J. —Misrepresentation.) Present—Callahan, J. P., Denman, Balio, Lawton and Lowery, JJ.